FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 11 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

PATRICK KIRKMAN

Criminal Information

No. 1:26-cr-040-WMR

THE UNITED STATES ATTORNEY CHARGES THAT:

From at least in or about June 2018 to in or about February 2019, in the Northern District of Georgia, the defendant, PATRICK KIRKMAN, aided and abetted by others known and unknown, did knowingly and corruptly, directly and indirectly give, offer, and promise something of value, that is, funds worth $5,000, to a public official, that is, a correctional officer, P.S., at the United States Penitentiary in Atlanta, Georgia ("USP Atlanta"), with intent to influence any official act and to induce such public official to do and omit to do any act in violation of the lawful duty of such official, that is, allowing unlawful and illegal contraband to be smuggled into and distributed throughout USP Atlanta.

All in violation of Title 18, United States Code, Sections 201(b)(1)(A), (C), and 2.

THEODORE S. HERTZBERG
United States Attorney

ALEX R. SISTLA
Assistant United States Attorney
Georgia Bar No. 845602

GARRETT L. BRADFORD
Assistant United States Attorney
Georgia Bar No. 074374

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181